**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1043**

---

C. HOLMES,

> Plaintiff - Appellant,

v.

BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA, INC.; J. DOE #1 THROUGH J. DOE #X; SCOTT MCCARTHA; MS. SHIPMAN,

> Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:20-cv-00004-BHH-MHC)

---

Submitted:  October 31, 2023                    Decided:  November 2, 2023

---

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

C. Holmes, Appellant Pro Se.  James B. Hood, Kathryn N. Tanner, HOOD LAW FIRM, LLC, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

C. Holmes appeals the district court's orders (1) denying her motion to restore or reopen a civil action that she had voluntarily dismissed and to stay proceedings pending resolution of an earlier appeal, and (2) denying her motions for reconsideration of the denial of her motion to restore or reopen her case and for leave to amend her complaint. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's orders. *Holmes v. Blue Cross Blue Shield of S.C., Inc.*, No. 2:20-cv-00004-BHH-MHC (D.S.C. Aug. 24, 2022; Dec. 13, 2022). We grant Holmes' motion to file an oversized informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Holmes' reliance on South Carolina procedural rules is misplaced. *See McFarland v. Wells Fargo Bank, N.A.*, 810 F.3d 273, 284 (4th Cir. 2016) ("Federal courts apply federal rules of procedure.").